UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ULTRACHEM L L C | CIVIL ACTION NO. 5:23-CV-998 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| ZAROTECH S A DE C V | MAGISTRATE JUDGE MARK L. HORNSBY |

### JUDGMENT

For the reasons assigned in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 25], and having thoroughly reviewed the record, noting the absence of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Zarotech's MOTION TO DISMISS [Doc. 17] is GRANTED and that this civil action is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction over the defendant.

THUS, DONE AND SIGNED in Chambers this 26th day of October, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE